### Davis *vs.* State.

Burglary, from Muscogee. Criminal Law. Burglary. (Before Judge Willis.)

Blandford, J.—Where a burglary has been committed, and a short time thereafter some of the property which was in the house broken open before and at the time of the burglary is found in the possession of the accused, if the possession of the property is not accounted for, this affords a presumption of guilt.

(a) There was no error in the charge, and the verdict was sustained by the evidence.

Judgment affirmed.

J. G. Moore; Hatcher & Peabody, for plaintiff in error.

Thos. W. Grimes, Solicitor General, by W. A. Little; J. M. McNeil, for the State.